IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS GONZALEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:05cv00269 SWW |
| | * | |
| | * | |
| | * | |
| LINDA SANDERS, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#168] of Edna Jacqueline Prince, M.D., to quash subpoena is denied as moot.  Dr. Prince states *inter alia* she will not be available on the date prescribed, *i.e.*, August 16, 2010, because of personal issues, but the trial has since been rescheduled for trial to the Court during the week beginning **Monday, August 30, 2010**, commencing at **9:30 a.m., in Little Rock**, Arkansas.  *See* doc.#172.

IT IS SO ORDERED this 16th day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE