IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS GONZALEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:05cv00269 SWW |
| | * | |
| | * | |
| | * | |
| LINDA SANDERS, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff's motion [doc.#175] for an Order declaring the efficacy of the subpoenas issued in this case is hereby granted. Accordingly, all subpoenas issued in this case for the original trial setting of August 16, 2010, remain valid and shall continue in full force and effect through the conclusion of the trial set to begin on Monday, August 30, 2010. *See, e.g., Manufacturers Life Ins. Co. v. Tullis*, Civ. A. No. 90-2859, 1992 WL 125394, *1 (E.D.La. May 19, 1992) ("A subpoena represents a continuing duty to appear and does not expire upon its stated date."). The parties shall give notice of the new trial date to all witnesses they have subpoenaed.

IT IS SO ORDERED this 20th of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE