IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSE LUIS GONZALEZ,                    *
                                       *
                Plaintiff,             *
                                       *
                                       *
vs.                                    *          No. 2:05cv00269 SWW
                                       *
                                       *
                                       *
                                       *
LINDA SANDERS, et al.,                 *
                                       *
                Defendants.            *

<u>ORDER</u>

As stated at the conclusion of the trial of this matter, plaintiff is hereby given until and

including September 14, 2010, in which to submit a post-trial brief on attorney's fees and costs.

The government is hereby given until and including September 28, 2010, in which to submit a

response to plaintiff's post-trial brief.  No extensions of these deadlines will be granted.


IT IS SO ORDERED this 31st day of August 2010.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE