IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS GONZALEZ, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 2:05cv00269 SWW |
| | * | |
| | * | |
| LINDA SANDERS, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

As stated at the conclusion of the trial of this matter, plaintiff was given fourteen days in which to submit a post-trial brief on attorney's fees and costs. Plaintiff has timely submitted to this Court his Demand for Attorney Fees and Costs under Fed.R.Civ.P. 56(g). Given the nature of plaintiff's demand, the Court determines that plaintiff should file his demand for Attorney Fees and Costs as a formal motion. Accordingly, plaintiff is hereby given fourteen (14) days from the date of entry of this Order in which to file a formal motion for attorney's fees and costs. So that the government may properly respond, plaintiff, in his motion or in a supporting pleading accompanying the motion, must set forth and provide support for his hourly rate and he must also specifically itemize the matters (including hours expended) for which he seeks attorney's fees. Plaintiff must also itemize the matters for which he seeks costs. *See* 28 U.S.C. § 1920 (taxation of costs).

IT IS SO ORDERED this 14th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE