IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS GONZALEZ, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | 2:05cv00269 SWW-JJV |
| | * | |
| UNITED STATES OF AMERICA; | * | |
| J. JIMINEZ, Health Service Administrator, | * | |
| FCI-Forrest City; G. TOLIVER, R.N., FCI- | * | |
| Forrest City; J. EDNA PRINCE, Clinical | * | |
| Director, FCI-Forrest City; YVETTE | * | |
| TORO, an employee with the Federal | * | |
| Bureau of Prisons; and UNITED STATES | * | |
| BUREAU OF PRISONS, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Plaintiff Jose Luis Gonzalez be awarded $813,000 in compensatory damages on his Federal Tort Claims Act claim; Plaintiff's motion for attorney's fees and costs under Rule 56(g) of the Federal Rules of Civil Procedure [doc.#192] is denied.

IT IS SO ORDERED this 15th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE